UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRENDA LITTLE,

    Plaintiff,

-vs-                                          Case No. 2:10-cv-186-FtM-36SPC

ZAKHEIM & ASSOCIATES, P.A.; RICHARD
BATTAGLINO,

    Defendants.
_____

## ORDER

This matter comes before the Court on the Parties' Joint Stipulation to Extend Time for Plaintiff to Respond to Defendants' Discovery Requests (Doc. #21). The Parties filed a duplicate of this Motion in a separate document entry also on July 22, 2010 (Doc. #23). The Parties agree that the Plaintiff's responses to Defendants' discovery shall be served no later than August 15, 2010. The Court notes the requested relief should have been filed as a Motion rather than a Stipulation. The Court will construe the filing as a Motion and finds for good cause shown, it is granted *nunc pro tunc*. Accordingly, it is now

**ORDERED:**

The Parties' Joint Stipulation to Extend Time for Plaintiff to Respond to Defendants' Discovery Requests (Doc. #21) is **GRANTED** *nunc pro tunc*.

**DONE AND ORDERED** at Fort Myers, Florida, this __18th__ day of August, 2010.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record